1

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

Jason J. Spikes

v.

District Attorney
Warren Montgomery
Assistant District Attorney
Matthew Caplain

Case No.

**22-0917**
**SECT. L MAG. 2**

Petition For A Writ Of Habeas Corpus Under 28 U.S.C. § 2241
28 USCA § 1651
28 USCA § 1367 Spikes versus Louisiana 18-08884 Eastern District of Louisiana

Fee _lauper_
Process
X Dktd
CtRmDep
Doc.No.

## Personal Information

1. (a) Your full name: Jason Jarrell Spikes
   (b) Other names you have used: Jason Jarrell Hughes

2. Place of confinement:
   (a) Name of institution: Rayburn Correctional Center
   (b) Address: 27268 Hwy. 21 Angie, LA 70426
   (c) Your identification number: 337025

3. Are you currently being held on orders by: State authorities

4. Are you currently:
   Serving a sentence (incarceration, parole, probation, etc.) after having

TENDERED FOR FILING
APR 05 2022
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

2.

been convicted of a crime

If you are currently serving a sentence, provide:
(a) Name and location of court that sentenced you: 22ND Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA 70438-0607
(b) Docket number of criminal case: #16-CR6-129868
(c) Date of sentencing: June 26, 2017

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
Other: Matthew Captain committing perjury to the response to the Eastern District of Louisiana on case number ~~######~~-14-CR8-126847, Warren Montgomery is the supervisor of the Assistant District Attorney that deprived me out of my rights.

6. Provide more information about the decision or action you are challenging
(a) Name and location of the agency or court: 22ND Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA 70438-0607
(b) Docket number, case number, or opinion number: 14-CR8-126847
(c) Decision or action you are challenging: Matthew Captain committing perjury to the response to the Eastern District of Louisiana on case number 14-CR8-126847. Warren Montgomery is the supervisor of the Assistant District Attorney that deprived me out of my rights.
(d) Date of the decision or action: N/A

### Your Earlier Challenges of the Decision or Action

7. First appeal
Did you appeal the decision, file a grievance, or seek an administrative remedy? No

3.

(b) If you answered "No," explain why you did not appeal: I haven't got that far in filing to appeal

8. Second appeal
After the first appeal, did you file a second appeal to a higher authority, agency, or court? No
(b) If you answered "No," explain why you did not file a second appeal: I haven't got that far in filing to appeal

9. I don't need to file

10. I don't need to file

11. I don't need to file

12. I don't need to file

Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: 5th and 14th Amendments
(a) Supporting facts: Matthew Caplan represented the 22ND JDC in a case pending in the Eastern District of Louisiana. He had to file a response to a 2241 Writ of Habeas Corpus. In his response he committed perjury. He said that the 3X Att. Murders and P.V.I.D. cocaine could be joined together, because

4.

they have the same characteristics, which they don't they've were misjoined. The Assistant District Attorney Ronnie Gracianette injured public records and at the trail he used narcotics found on 1031 South Dauphine St. where he picked up my co-defendents at. Where I was charged with P.W.I.D. cocaine, two months later where the detectives say they found some cocaine. Asistent District Attorney Ronnie Gracianette tampered with evidence at my trail.

(b) Did you present Ground One in all appeals that were available to you? No

GROUND TWO: 5th and 14th Amendments

(a) Supporting facts: Warren Montgomery, 22nd District Attorney, vicarious liability, meaning indirect liability, although the supervisor did not have a direct intent to violate the right of the plaintiff, through negligence the act took place. ADA Ronnie Gracianette injured public records and tamper with evidence; ADA Lewis Murry prosecuted case after statue of limitations; ADA Jason Cuccia prosecuted case after statue of limitations; ADA Iain Dover prosecuted case after statue of limitations; Lulle Lancaster, ADA, prosecuted case after statue of limitations.

(b) Did you present Ground Two in all appeals that were available to you? No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not. I can't file into the district court to get an answer on a motion, because I'm locked up and if I mail it to the district court it's not going to get put on the docket. So, I have to wait until I get out to make sure it get put on the docket in the district court so I can appeal

Request for Relief

15. State exactly what you the court to do: Civil, Criminal, and Administrative Liabilities

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 03-07-2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03-07-2022

*Jason Spikes*

Jason J. Spikes
#537025
R.C.C.
27268 Hwy 21N
Angie, LA 70426

NOT CENSORED
Not Responsible for Contents
APR 0 2 2022
Rayburn Correctional Center

Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130



Signature Should Match Tape
If Not
Tampered With